**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

THE WHITING-TURNER CONTRACTING COMPANY, a Maryland corporation,

Plaintiff,

vs.

MOLLERUP GLASS COMPANY, a Utah corporation; EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation; and DOES 1-25, inclusive,

Defendants.

MOLLERUP GLASS COMPANY, a Utah corporation,

Third Party Plaintiff,

v.

NORTHWESTERN INDUSTRIES-ARIZONA, INC, an Arizona corporation; DOES 1 through 100, inclusive,

Third Party Defendant.

Case No. 2:25-cv-00111-ART-DJA

**STIPULATION AND ORDER TO CONTINUE DEADLINE TO RESPOND TO THIRD PARTY DEFENDANT NORTHWESTERN INDUSTRIES-ARIZONA, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THIRD PARTY COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant/Third-Party Plaintiff, MOLLERUP GLASS C0MPANY ("Mollerup"), by and through its attorneys of the law firm PEEL BRIMLEY LLP, Defendant EMPLOYERS MUTUAL CASUALTY COMPANY ("EMCC"), by and through the FAUX LAW GROUP, Plaintiff THE WHITING-TURNER CONTRACTING COMPANY ("WTCC"), by and through the law firm of LEE, LANDRUM & INGLE, and Third-Party Defendant NORTHWESTERN INDUSTRIES-

ARIZONA, INC. ("NWI") by and through the law firm of GORDON REES SCULLY MANSUKHANI LLP, hereby stipulate and agree as follows:

1. On May 9, 2024, NWI filed Third-Party Defendant's Notice of Motion and Motion to Dismiss Third-Party Complaint ("Motion").
2. The Opposition to the Motion ("Opposition") was initially due May 23, 2025.
3. There is currently no Hearing for the Motion ("Hearing") scheduled.
4. Counsel need additional time for briefing because, among other reasons, counsel for Defendants/Third-Party Plaintiffs has been traveling out of state for family matters, including his son's graduation from law school. Accordingly:
5. The deadline for the Opposition shall now be June 6, 2025.
6. The deadline for the Reply shall now be June 20, 2025

Dated this 20th day of May, 2025.

| | |
|---|---|
| **PEEL BRIMLEY LLP**<br><br>*/s/Eric Zimbelman*<br>ERIC ZIMBELMAN, ESQ.<br>Nevada Bar No. 9407<br>3333 E. Serene Avenue, Suite 200<br>Henderson, Nevada 89074-6571<br>Telephone: (702) 990-7272<br>ezimbelman@peelbrimley.com<br>*Attorneys for Defendant/Third-Party Plaintiff Mollerup Glass Company* | **FAUX LAW GROUP**<br><br>*/s/Kurt Faux*<br>KURT C. FAUX, ESQ.<br>Nevada Bar No. 003407<br>2625 n. Green Valley Parkway, Suite 100<br>Henderson, Nevada 89014<br>Telephone: (702) 458-5790<br>kfaux@fauxlaw.com<br>*Attorneys for Defendant Employers Mutual Casualty Company* |
| **LEE, LANDRUM & INGLE**<br><br>*/s/ Pieter O'Leary*<br>DAVID S. LEE, ESQ.<br>Nevada Bar No. 6033<br>PIETER M. O'LEARY<br>Nevada Bar No. 15297<br>7575 Vegas Drive, Suite 150<br>Las Vegas, Nevada 89128<br>Telephone: (702) 880-9750<br>dlee@lee-lawfirm.com<br>poleary@lee-lawfirm.com<br>*Attorneys for Plaintiff The Whiting-Turner Contracting Company* | **GORDON REES SCULLY MANSUKHANI LLP**<br><br>*/s/ Sean Flynn*<br>SEAN P. FLYNN ESQ.<br>Nevada Bar No. 15408<br>1 East Liberty Street, Suite 424<br>Reno, Nevada 89501<br>Telephone: 775.324.9800<br>sflynn@grsm.com<br>*Attorneys for Third-Party Defendant Northwestern Industries-Arizona, Inc.* |

**COURT ORDER**

**IT IS ORDERED as follows.**

1. The deadline to file an Opposition to Northwest Industries-Arizona, Inc.'s Notice of Motion and Motion to Dismiss Third-Party Complaint shall now be June 6, 2025.
2. The deadline for any Reply thereto shall now be June 20, 2025

DATED: 5/21/2025

______________________________
U.S. DISTRICT COURT MAGISTRATE JUDGE