1
2
3
4
5

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Mollerup Glass Company

        Plaintiff(s),

  vs.

Northwestern Industries-Arizona, Inc.

        Defendant(s).

Case # 2:25-cv-00111-ART-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

            Polly Towill          , Petitioner, respectfully represents to the Court:
          (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

             Sheppard Mullin Richter & Hampton, LLP
                        (firm name)

with offices at    350 South Grand Avenue, 40th Floor   ,
                        (street address)

    Los Angeles   ,   California   ,   90071   ,
     (city)              (state)         (zip code)

   213-620-1780   ,   ptowill@sheppardmullin.com   .
(area code + telephone number)      (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

   Northwestern Industries-Arizona, Inc.   to provide legal representation in connection with
            [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **December 10, 1985** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **California** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Central District of California | June 10, 1986 | 120420 |
| Northern District of California | February 5, 2008 | 120420 |
| Southern District of California | April 15, 2014 | 120420 |
| Eastern District of California | May 2, 2018 | 120420 |
| United States Court of Appeals for the 11th Circuit | September 26, 2019 | 120420 |
| United States Court of Appeals for the 9th Circuit | June 24, 2021 | 120420 |
| United States Supreme Court | February 22, 2021 | 314123 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

a) Los Angeles Bar Association
b) United States Law Firm Group, Litigation Committee
c) American Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

*Polly Towill*
Petitioner's signature

STATE OF ____California____ )
COUNTY OF ____Los Angles____ )

____Polly Towill____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Polly Towill*
Petitioner's signature

Subscribed and sworn to before me this

__20th__ day of __May__, __2025__.

[signature]
Notary Public or Clerk of Court

CYNTHIA I. COBLENTZ
Notary Public - California
Los Angeles County
Commission # 2386407
My Comm. Expires Jan 8, 2026

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Sean Flynn____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____1 East Liberty Street, Suite 424____
(street address)

____Reno____, ____Nevada____, ____89501____
(city)              (state)              (zip code)

____(775) 467-2610____, ____sflynn@grsm.com____
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Sean Flynn_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)
Mike Torres, CFO
Northwestern Industries-Arizona, Inc.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

15408                    sflynn@grsm.com
Bar number               Email address

APPROVED:

Dated: this __29th__ day of __MAY__, 20_25_.

_____
UNITED STATES DISTRICT JUDGE

# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### POLLY TOWILL

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that POLLY TOWILL, #12420, was on the 10th day of December, 1985 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 22nd day of May, 2025.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
Robert R. Toy, Senior Deputy Clerk