**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE WHITING-TURNER CONTRACTING COMPANY, a Maryland corporation, | Case No. 2:25-cv-00111-ART-DJA |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION TO EXTEND TIME FOR FILING RESPONSIVE BRIEFS TO THE MOTION TO TRANSFER THE THIRD PARTY ACTION** |
| MOLLERUP GLASS COMPANY, a Utah corporation; EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation; and DOES 1-25, inclusive, | |
| Defendants. | **[FIRST REQUEST]** |
| MOLLERUP GLASS COMPANY, a Utah corporation, | The Hon. Anne R. Traum |
| Third Party Plaintiff, | |
| v. | |
| NORTHWESTERN INDUSTRIES-ARIZONA, INC, an Arizona corporation; DOES 1 through 100, inclusive, | |
| Third Party Defendant. | |

This Stipulation to Extend Time to File Responsive Briefs to Third-Party Defendant, Northwestern Industries-Arizona, Inc.'s Motion to Transfer the Third-Party Action is jointly made by Defendant and Third-Party Plaintiff, MOLLERUP GLASS COMPANY ("Mollerup"), by and through its attorneys of record of the law firm PEEL BRIMLEY LLP, and Third-Party Defendant, NORTHWESTERN INDUSTRIES-ARIZONA, INC. ("NWI"), by and though its attorneys of record of the law firms of SHEPPARD, MULLIN, RICHTER & HAMPTON LLP and GORDON REES SCULLY MANSUKHANI LLP, Defendant EMPLOYERS MUTUAL CASUALTY

COMPANY ("EMCC"), by and through its counsel of record, the FAUX LAW GROUP, and Plaintiff THE WHITING-TURNER CONTRACTING COMPANY ("WTCC"), by and through its counsel of record, the law firm of LEE, LANDRUM & INGLE, and hereby stipulate and request the following:

WHEREAS NWI filed its Motion to Transfer the Third-Party Action (Dkt. No. 54, the "Motion") on March 27, 2026; and

WHEREAS pursuant to LR 7-2(b), the deadline to file and serve any points and authorities in response ("Responses") to a motion other than a summary judgment motion is 14 days after service of the motion or, here, April 10, 2026; and

WHEREAS Mollerup has requested, NWI has agreed to, and the other parties have no objection to, an extension of the deadline for Responses to the Motion to accommodate (1) a scheduling conflict as Mollerup's completion of the deposition of NWI's corporate designee pursuant to Fed. R. Civ. P. 30(b)(6) is also set for April 10, 2026[1] and (2) other scheduling conflicts, including Mollerup's counsel's previously-planned vacation; and

WHEREAS, notwithstanding this stipulation, NWI does not agree that any party other than Mollerup, as the Third-Party Plaintiff, has a right to file and serve a Response to the Motion and, should any party other than Mollerup purport to file and serve a Response, NWI expressly reserves its right to challenge that Response on all legal grounds including the party's lack of standing; and

WHEREAS, Plaintiff, WTCC, opposes NWI's argument regarding standing and having a "right" to file a Response to NWI's Motion; and

WHEREAS the parties agree good cause exists to extend the deadline for Responses to the Motion as requested herein;

NOW THEREFORE the Parties Stipulate, Agree, and Propose that Responses from all Parties to the Motion be due on ***April 21, 2026***.

/ / /

---

[1] The deposition, noticed by WTCC, was commenced on March 27, 2026 but counsel for parties other than WTCC did not have an opportunity to pose questions of NWI's designee. WTCC still needs to complete its questioning on April 10, 2026. The parties have agreed that the deposition will be continued on April 10, 2026, the date Mollerup's Response would be otherwise due.

DATED this  8th day of April 2026.

/s/ Eric Zimbelman

Eric Zimbelman, Nevada Bar No. 9407
ezimbelman@peelbrimley.com
PEEL BRIMLEY LLP
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone: 702.990.7272
Facsimile: 702.990.7273

Attorneys for Defendant and Third-Party Plaintiff
MOLLERUP GLASS COMPANY

/s/ John M. Landry

John M. Landry, *pro hac vice*
jlandry@sheppard.com
Polly Towill, *pro hac vice*
ptowill@sheppard.com

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone:    213.620.1780
Facsimile:    213.620.1398

Sean P. Flynn, Nevada Bar No. 15408
GORDON REES SCULLY
MANSUKHANI LLP sflynn@grsm.com
1 East Liberty Street, Suite 424
Reno, Nevada 89501
Telephone:    775.324.9800

Attorneys for Third-Party Defendant
NORTHWESTERN INDUSTRIES-
ARIZONA, INC.

/s/ Kurt C. Faux

Kurt C. Faux, Nevada Bar No. 3407
kfaux@fauxlaw.com
Willi H. Siepmann, Nevada Bar No. 2478
wsiepmann@fauxlaw.com
Jordan F. Faux, Nevada Bar No. 12205
jfaux@fauxlaw.com
THE FAUX LAW GROUP
2625 N. Green Valley Pkwy, Suite 100
Henderson, Nevada 89014
Telephone: 702.458.5790
Facsimile: 702.458.5794

Attorneys for Defendant,
EMPLOYERS MUTUAL
CASUALTY COMPANY

/s/ Pieter M. O'Leary

David S. Lee, Nevada Bar No. 6033
dlee@lee-lawfirm.com
Pieter M. O'Leary, Nevada Bar No. 15297
poleary@lee-lawfirm.com
LEE, LANDRUM & INGLE
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
Telephone: 702.880.9750
Facsimile: 702.314.1210

Attorneys for Plaintiff,
THE WHITING-TURNER
CONTRACTING COMPANY

/ / /

/ / /

**IT IS SO ORDERED.**


Dated: April 9, 2026

Anne R. Traum
United States District Judge