UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE WHITING-TURNER CONTRACTING COMPANY, a Maryland corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>MOLLERUP GLASS COMPANY, a Utah corporation; EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation; and DOES 1-25, inclusive,<br><br>                    Defendants. | Case No. 2:25-cv-00111-ART-DJA<br><br>**ORDER GRANTING**<br><br>**JOINT STIPULATION TO EXTEND TIME FOR FILING A REPLY BRIEF TO THE MOTION TO TRANSFER THE THIRD PARTY ACTION**<br><br>**[FIRST REQUEST]**<br><br>The Hon. Anne R. Traum |
| MOLLERUP GLASS COMPANY, a Utah corporation,<br><br>                    Third Party Plaintiff,<br><br>        v.<br><br>NORTHWESTERN INDUSTRIES-ARIZONA, INC, an Arizona corporation; DOES 1 through 100, inclusive,<br><br>                    Third Party Defendant. | |

Case No. 2:25-cv-00111-ART-DJA

This Joint Stipulation To Extend Time for Filing a Reply Brief to the Motion to Transfer the Third Party Action (First Request) is entered by third-party defendant Northwestern Industries-Arizona, Inc. ("NWI"), defendant and third-party plaintiff Mollerup Glass Company ("Mollerup"), defendant Employers Mutual Casualty Company ("EMCC"), and plaintiff The Whiting-Turner Contracting Company ("WTCC"), (collectively, the "Parties") as follows:

WHEREAS, NWI filed its Motion to Transfer the Third-Party Action (ECF No. 54, the "Motion") on March 27, 2026;

WHEREAS, on April 9, 2026, the Parties filed a proposed Stipulation and Order to extend the deadline for the other parties to respond to NWI's Motion by 10 days, to no later than April 21, 2026 (ECF No. 55);

WHEREAS, the Court granted the Stipulation and entered the Order on April 10, 2026 (ECF No. 56);

WHEREAS, on April 21, 2026, Mollerup filed a 20 page Opposition to the Motion, which includes two declarations and 195 total pages (ECF No. 59);

WHEREAS, on April 21, 2026, WTCC filed a 15 page Opposition to the Motion (ECF No. 58);

WHEREAS, on April 21, 2026, EMCC filed an 8 page Opposition to the Motion (ECF No. 57);

WHEREAS, pursuant to LR 7-2(b), the deadline to file and serve any reply in support of a motion other than a summary judgment motion is 7 days after service of any response to the motion or, here, April 28, 2026 ("Reply Brief");

WHEREAS, NWI has requested, and Mollerup, WTCC, and EMCC have agreed to, an extension of the deadline for NWI's Reply Brief to the Motion to accommodate (1) NWI's lead counsel's previously-planned vacation out of the country; (2) the Parties' consultants' and attorneys' preparation for, and attendance at, a three-day inspection in Los Angeles, California from April 28-30, 2026 of up to 22 insulated glass units recently

SMRH:4906-0817-5523.1     JOINT STIPULATION RE EXTENSION OF TIME FOR REPLY BRIEF

transferred from Las Vegas, Nevada that are at issue in the case; and (3) the length of the three Oppositions filed on April 21, 2026;

WHEREAS, the Parties agree good cause exists to extend the deadline for NWI's Reply Brief to the Motion as requested herein;

WHEREAS, this is the first stipulation for extension of time to file NWI's Reply Brief; and

NOW THEREFORE the Parties stipulate, agree, and propose that NWI's Reply Brief be due on ***May 8, 2026***.

**IT IS SO STIPULATED.**

DATED this 22nd day of April 2026.

/s/ Eric Zimbelman

Eric Zimbelman, Nevada Bar No. 9407
ezimbelman@peelbrimley.com
PEEL BRIMLEY LLP
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone: 702.990.7272
Facsimile: 702.990.7273

Attorneys for Defendant and Third-Party
Plaintiff
MOLLERUP GLASS COMPANY

/s/ Heather L. Plocky

Heather L. Plocky, *pro hac vice*
hplocky@sheppard.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone:   213.620.1780
Facsimile:   213.620.1398
Sean P. Flynn, Nevada Bar No. 15408
GORDON REES SCULLY
MANSUKHANI LLP
sflynn@grsm.com
1 East Liberty Street, Suite 424
Reno, Nevada 89501
Telephone:   775.324.9800

Attorneys for Third-Party Defendant
NORTHWESTERN INDUSTRIES-
ARIZONA, INC.

/s/ Kurt C. Faux

Kurt C. Faux, Nevada Bar No. 3407
kfaux@fauxlaw.com
THE FAUX LAW GROUP
2625 N. Green Valley Pkwy, Suite 100
Henderson, Nevada 89014
Telephone: 702.458.5790
Facsimile: 702.458.5794
Attorneys for Defendant,
EMPLOYERS MUTUAL
CASUALTY COMPANY

/s/ Pieter M. O'Leary

Pieter M. O'Leary, Nevada Bar No.
15297
poleary@lee-lawfirm.com
LEE, LANDRUM & INGLE
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
Telephone: 702.880.9750
Facsimile: 702.314.1210

Attorneys for Plaintiff,
THE WHITING-TURNER
CONTRACTING COMPANY

IT IS SO ORDERED.
DATED THIS 23rd day of April, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

SMRH:4906-0817-5523.1