UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE WHITING-TURNER CONTRACTING COMPANY, a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOLLERUP GLASS COMPANY, a Utah corporation; EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation; and DOES 1-25, inclusive,<br><br>Defendants.<br>MOLLERUP GLASS COMPANY, a Utah corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>NORTHWESTERN INDUSTRIES-ARIZONA, INC, an Arizona corporation; DOES 1 through 100, inclusive,<br>Third-Party Defendant. | Case No. 2:25-cv-00111-ART-DJA<br><br>**ORDER GRANTING THIRD-PARTY DEFENDANT NORTHWESTERN INDUSTRIES-ARIZONA, INC.'S MOTION TO EXCEED LR 7-3'S 12-PAGE LIMIT PERTAINING TO ITS REPLY IN SUPPORT OF ITS 28 U.S.C. § 1404(a) MOTION TO TRANSFER THE THIRD-PARTY ACTION**<br><br>[*Notice of Motion and Motion and Plocky Declaration filed concurrently herewith*]<br><br>The Hon. Anne R. Traum |

Case No. 2:25-cv-00111-ART-DJA

SMRH:4926-9916-9700.1

Third-Party Defendant Northwestern Industries-Arizona, Inc. ("NWI") moved the Court for an order permitting NWI to exceed LR 7-3(b)'s 12-page limit and file a 17-page Reply In Support of its 28 U.S.C. § 1404(a) Motion To Transfer The Third-Party Action.

After having considered the motion, **IT IS HEREBY ORDERED AS FOLLOWS:** The Court gives NWI leave to exceed the 12-page limit per LR 7-3, and file a 17-page Reply in Support of NWI's 28 U.S.C. § 1404(a) Motion to Transfer the Third-Party Action.

IT IS SO ORDERED:

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: May 8, 2026

Case No. 2:25-cv-00111-ART-DJA

SMRH:4926-9916-9700.1